# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FORT SMITH DIVISION

BRENDA K. DREWRY                                                              PLAINTIFF

v.                                    CASE NO.  2:19-CV-2092

ANDREW M. SAUL, Commissioner,
Social Security Administration                                                DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the decision of the Administrative Law Judge is REVERSED, and this case is REMANDED to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED** this July 1, 2020.


/s/ P. K. Holmes III
P. K. HOLMES III
U.S. DISTRICT JUDGE